total disability was allowed him. Appellants question
the validity of the latter award.

*William B. Davis* and *E. S. Sherwood* for appellants.
*Albert Ottinger, Attorney-General (E. C. Aiken* of coun-
sel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS
and LEHMAN, JJ. Not sitting: KELLOGG, J.

---

SAMUEL H. GREENHOUSE, Respondent, *v.* ROCHESTER
TAXICAB COMPANY et al., Appellants; NEW YORK
STATE RAILWAYS, Respondent.

LILLIAN GREENHOUSE, Respondent, *v.* ROCHESTER TAXI-
CAB COMPANY et al., Appellants; NEW YORK STATE
RAILWAYS, Respondent.

MARGARET GREENHOUSE, an Infant, by SAMUEL H.
GREENHOUSE, Her Guardian ad Litem, Respondent,
*v.* ROCHESTER TAXICAB COMPANY et al., Appellants;
NEW YORK STATE RAILWAYS, Respondent.

*Appeal — question certified not considered by Court of Appeals unless
answer will be decisive of correctness of order.*

*Greenhouse* v. *Rochester Taxicab Co.* (3 cases), 218 App. Div. 224,
appeal dismissed.

(Argued January 10, 1927; decided January 25, 1927.)

APPEAL, in each of the above-entitled actions, by
permission, from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 12, 1926, which reversed an order of Special
Term granting a motion by appellants herein for joinder
of the New York State Railways as an additional party
defendant and denied said motion. The actions were
to recover for personal injuries alleged to have been
sustained through the negligence of defendants.

The following question was certified:

" Under the Civil Practice Act and Rules had the
Supreme Court the power to make the order that it did

bringing in an additional party defendant over the objection of the plaintiff? "

*Eugene Raines* for appellants.

*William C. Combs* for plaintiffs, respondents.

*Carroll N. Whitman* for New York State Railways, respondent.

In each case appeal dismissed, with costs, on authority of *Gray* v. *Vought & Co.* (243 N. Y. 585).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: KELLOGG, J.

---

In the Matter of the Claim of PETER SIMON, Appellant, against AMERICAN EXPRESS COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — claim for injury not filed within one year.*

*Matter of Simon* v. *American Express Co.*, 217 App. Div. 802, affirmed.

(Argued January 11, 1927; decided January 25, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 19, 1926, unanimously affirming a decision of the State Industrial Board disallowing a claim under the Workmen's Compensation Law on the ground that no claim for compensation was filed within one year after the alleged injury as required by section 28 of the Workmen's Compensation Law.

*Joseph A. Wechter* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: KELLOGG, J.